```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
```



FILED

JUN 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

5  Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00307-DAD |
| | 2:12-SW-00308-DAD |
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK BUSINESS CHECKING ACCOUNT NUMBER 6938572341, HELD IN THE NAME OF SANSCO IN AN AMOUNT UP TO AND INCLUDING $827,437.94, | 2:12-SW-00309-DAD |
| | 2:12-SW-00310-DAD |
| ALL FUNDS MAINTAINED AT GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1250236-2 (MONEY MARKET), HELD IN THE NAME OF NICHOLAS STREET, | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |
| ALL FUNDS MAINTAINED AT GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1250236-9 (CHECKING), HELD IN THE NAME OF NICHOLAS STREET, AND | |
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 7529334596 (CHECKING), HELD IN THE NAME OF SUNEET AGARWAL IN AN AMOUNT UP TO AND INCLUDING $44,271.18, | |
| DEFENDANTS. | |

Upon application of the United States of America and good cause having

1 | been shown,
2 |     IT IS HEREBY ORDERED that the seizure warrants and seizure warrant
3 | affidavit in the above-captioned proceeding be and are hereby unsealed.
4 | Date: 6/12/12

*(signature)*
DALE A. DROZD
United States Magistrate Judge